IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| EPS PLASTICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05-0017 |
| | ) | Judge Haynes |
| PPG INDUSTRIES, INC., | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

### ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 14) is **GRANTED** in part, and **DENIED** in part. The remaining claim for trial is whether Mark Young's May 16, 2001 letter and related discussions, give rise to an enforceable contract.

It is so **ORDERED**.

**ENTERED** this the 9th day of March, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge